UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

RONALD B. HUNTER, )
)
      Plaintiff, )
vs. ) 2:11-cv-083-WTL-TAB
)
MICHAEL JENSEN, et al., )
)
      Defendants. )

**J U D G M E N T**

The court, having this day made its Entry,

**IT IS THEREFORE ADJUDGED** that this cause of action is **dismissed pursuant to 28 U.S.C. § 1915A(b).** Any claim through which the plaintiff challenges the fact or duration of his confinement is dismissed without prejudice; all other claims are dismissed with prejudice.

Date: 05/03/2011

Laura Briggs, Clerk
United States District Court

By: Deputy Clerk

Hon. William T. Lawrence, Judge
United States District Court
Southern District of Indiana

Distribution:

Ronald B. Hunter
104248
Putnamville Correctional Facility
1946 West U.S. 40
Greencastle, IN 46135